Burkhimer v. Coble, Comr. of Revenue

WALTON PETER BURKHIMER v. J. HOWARD COBLE, N. C. COMMISSIONER OF
    REVENUE; B. W. BROWN, DIRECTOR OF INDIVIDUAL INCOME TAX DIVISION OF
    N.C. DEPT. OF REVENUE; FRED T. TEAGUE, AND LOUIS C. WILSON, FIELD
    AUDITORS FOR N. C. DEPT. OF REVENUE; AND HARRY C. HEAVNER, REVENUE
    COLLECTOR FOR N. C. DEPT. OF REVENUE

No. 7725SC120

(Filed 17 January 1978)

**Appeal and Error §§ 41, 45— appellate rules mandatory**
    Plaintiff's appeal is dismissed for failure to comply with Appellate Rules
    11(e) and 28(b)(3) which are mandatory.

APPEAL by plaintiff from *Smith (Donald L.), Judge*. Orders
entered 14 September 1976 in Superior Court, CALDWELL County.
Heard in the Court of Appeals 30 November 1977.

This appeal involves a suit filed by plaintiff seeking, *inter
alia*, refund of taxes, damages under 42 USCA § 1983, and
damages for alleged illegal acts of defendants in collecting taxes.
Plaintiff has appealed from orders granting partial summary judg-
ment in favor of defendants, granting defendants' request for ad-
mission of the genuineness of certain documents, and striking
certain of plaintiff's interrogatories.

*L. H. Wall, for the plaintiff.*

*Attorney General Edmisten, by Special Deputy Attorney
General Myron C. Banks, for the defendants.*

BROCK, Chief Judge.

The record on appeal in this case was settled on 8 December
1976. The transcript of the record on appeal was certified to this
Court by the Clerk of Superior Court, Caldwell County, on 11
February 1977, 65 days after settlement of the record on appeal.
Appellate Rule 11(e) requires: "Within 10 days after the record on
appeal has been settled . . . the appellant shall present the items
constituting the record on appeal to the clerk of superior court
for certification."

Plaintiff has failed to refer us to the pertinent assignments of
error and exceptions immediately following each question
presented in his brief as required by Appellate Rule 28(b)(3).

The North Carolina Rules of Appellate Procedure are mandatory. *White v. Lawrence*, 33 N.C. App. 631, 236 S.E. 2d 30 (1977). Furthermore, from a cursory reading of the arguments presented in plaintiff's brief, it appears that this appeal has no merit. However, for failure to comply with the Rules of Appellate Procedure, this appeal is dismissed.

Appeal dismissed.

Judges MARTIN and CLARK concur.